UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Robert Nage, Jr.,

Debtor.

Case No.:       22-17650-JNP

Chapter:             13

Hearing Date:    12/7/2022

Judge:            Poslusny

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter:  Secured Creditor's Objection to Confirmation (Docket # 14)

_____

Date: 12/5/2022                                   /s/ Denise Carlon
                                                   Signature

*rev.8/1/15*