UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Robert A. Nage, Jr.,

Debtor.

Case No.:    22-17650-JNP

Chapter:    13

Hearing Date:    2/21/2023

Judge:    Poslusny

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled            ☐ Withdrawn

Matter: Motion for Relief re: 95 Kendall Boulevard (Docket # 18)

_____

Date: 2/17/2023

/s/ Denise Carlon
Signature

*rev.8/1/15*