Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  22−17650−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Robert Nage Jr.
    aka Robert A. Nage Jr., aka Robert Andrew
    Nage Jr.
    95 Kendall Blvd
    Oaklyn, NJ 08107

Social Security No.:
    xxx−xx−2943

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 16, 2023.

Dated: March 16, 2023
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                  Case No. 22-17650-JNP

Robert Nage, Jr.                                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                                    Page 1 of 2
Date Rcvd: Mar 16, 2023                       Form ID: plncf13                                Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

^               Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Robert Nage, Jr., 95 Kendall Blvd, Oaklyn, NJ 08107-1511 |
| 519714903 | + | Citibank N.A., 395 West Passaic Street, Ste 205, Rochelle Park, NJ 07662-3016 |
| 519714905 | + | Laridian Consulting LLC, 577 Hamburg Tpke, Wayne, NJ 07470-2042 |
| 519714906 | + | Lvnv Funding, PO Box 385908, Minneapolis, MN 55438-5908 |
| 519714914 | + | Tenglia & Hunt, 395 West Passaic Street, Ste 205, Rochelle Park, NJ 07662-3016 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 16 2023 21:11:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 16 2023 21:11:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519714904 | + | Email/Text: legal-dept@cooperhealth.edu | Mar 16 2023 21:12:00 | Cooper Hospital, 1 Cooper Plaza, Camden, NJ 08103-1489 |
| 519783817 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 16 2023 21:11:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519727478 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 16 2023 21:16:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519783998 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Mar 16 2023 21:16:53 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519714907 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 16 2023 21:11:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 519714908 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Mar 16 2023 21:17:12 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 519714909 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 16 2023 21:17:16 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 519755709 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 16 2023 21:17:06 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 519714910 | | Email/Text: signed.order@pfwattorneys.com | Mar 16 2023 21:10:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519714911 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 16 2023 21:17:07 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519749614 | + | Email/Text: peritus@ebn.phinsolutions.com | Mar 16 2023 21:11:00 | Steward Finance-C/O Peritus Portfolio Services II,, P.O. Box 141419, Irving, TX 75014-1419 |

District/off: 0312-1       User: admin       Page 2 of 2

Date Rcvd: Mar 16, 2023       Form ID: plncf13       Total Noticed: 23

| | | | | |
|---|---|---|---|---|
| 519715272 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 16 2023 21:17:04 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519714912 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 16 2023 21:17:04 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519714913 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 16 2023 21:16:57 | Synchrony Bank/hhgregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519714915 | + | Email/PDF: tbiedi@PRAGroup.com | Mar 16 2023 21:17:04 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 519714916 | ^ | MEBN | Mar 16 2023 21:05:38 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2023       Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Joseph J. Rogers | on behalf of Debtor Robert Nage  Jr. jjresq@comcast.net, jjrogers0507@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4